UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
ROBIN LYNN BRAXTON-KELLEY                          CASE NO. 20-10634
938 FORREST ST                                     JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27262

    DEBTOR

SSN(1) XXX-XX-5305                                 DATE: 03/05/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCOUNT CONTROL TECHNOLOGY INC<br>P O BOX 471<br>KINGS MILLS, OH  45034 | $0.00<br>INT:  .00%<br>NAME ID: 182883<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $2,026.77<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 1009<br>COMMENT: |
| APPLE CARD GS BANK USA<br>P O BOX 7247<br>PHILADELPHIA, PA  19170 | $0.00<br>INT:  .00%<br>NAME ID: 182884<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1100<br>COMMENT: |
| ASCENDIUM EDUCATION SOLUTIONS INC<br>P O BOX 809142<br>CHICAGO, IL  60680 | $36,160.81<br>INT:  .00%<br>NAME ID: 175786<br>CLAIM #:  0033 | (U) UNSECURED<br><br>ACCT: 5305<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $1,429.39<br>INT:  .00%<br>NAME ID: 173370<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 2058<br>COMMENT: |
| BEST BUY<br>P O BOX 183195<br>COLUMBUS, OH  43218 | $0.00<br>INT:  .00%<br>NAME ID: 145663<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,234.83<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 6616<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,305.05<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 4981<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $546.45<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 9548<br>COMMENT:  WALMART |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $1,833.24<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 5644<br>COMMENT:  BESTBUY |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $509.03<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0031 | (U) UNSECURED<br><br>ACCT: 4029<br>COMMENT: |
| COMENITY BANK<br>P O BOX 182120<br>COLUMBUS, OH  43218 | $0.00<br>INT:  .00%<br>NAME ID: 156850<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5780<br>COMMENT:  PIER1 |
| CREDENCE RESOURCE MANAGMENT LLC<br>P O BOX 2238<br>SOUTGATE, MI  48195-4238 | $0.00<br>INT:  .00%<br>NAME ID: 161534<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2728<br>COMMENT: |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $802.00<br>INT:  .00%<br>NAME ID: 69320<br>CLAIM #:  0024 | (U) UNSECURED<br><br>ACCT: 5305<br>COMMENT: |
| DEPT STORE NATL BANK<br>% QUANTUM3 GROUP LLC<br>P O BOX 657<br>KIRKLAND, WA  98083-0788 | $817.18<br>INT:  .00%<br>NAME ID: 156666<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT: 2479<br>COMMENT:  MACYS |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 159810<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,933.91<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT: 8TXS<br>COMMENT:  OC,1120A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $22,719.56<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: &PEN<br>COMMENT:  1120A |
| LARIDIAN CONSULTING LLC<br>% FEIN SUCH KAHN & SHEPARD PC<br>7 CENTURY DR STE 201<br>PARSIPPANY, NJ  07054 | $926.84<br>INT:  .00%<br>NAME ID: 182958<br>CLAIM #:  0034 | (U) UNSECURED<br><br>ACCT: 4058<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $361.63<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT: 6448<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $2,562.53<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT:  TXS<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,741.04<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT: |
| NASA FEDERAL CREDIT UNION<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD  20774-8732 | $11,795.47<br>INT: 5.25%<br>NAME ID: 182477<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 4721<br>COMMENT: 13NISS |
| NASA FEDERAL CREDIT UNION<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD  20774-8732 | $0.00<br>INT: .00%<br>NAME ID: 182477<br>CLAIM #: 0035 | | (U) UNSECURED<br>AMENDED<br>ACCT: 4721<br>COMMENT: OC,SPLIT |
| NORDSTROM INC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677 | $9,917.20<br>INT: .00%<br>NAME ID: 181955<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 9953<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,828.16<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 4437<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $699.00<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 8621<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,558.80<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 8450<br>COMMENT:  EXPRESS |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $445.04<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0022 | | (U) UNSECURED<br><br>ACCT: 6538<br>COMMENT:  VICTORIA SECRET |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,047.69<br>INT: .00%<br>NAME ID: 183495<br>CLAIM #: 0032 | | (U) UNSECURED<br><br>ACCT: 8010<br>COMMENT: 1220TFCL |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $184.42<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0037 | | (U) UNSECURED<br><br>ACCT: 9487<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,695.58<br>INT: 5.25%<br>NAME ID: 53815<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 8551<br>COMMENT: 09MERZ |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCB<br>P O BOX 965036<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID:  158953<br>CLAIM #:  0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6019<br>COMMENT:  LENSCRAFTERS |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,352.95<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  4173<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $189.27<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT:  0239<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,123.10<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT:  7696<br>COMMENT:  1020A |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $2,164.95<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT:  5211<br>COMMENT:  PPC |
| **TOTAL:** | **$113,911.89** | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/05/2021                                                OFFICE OF THE CHAPTER 13 TRUSTEE

>                                            By:  /s/  Gayle McFarland
>                                                  Clerk
>                                                  Chapter 13 Office
>                                                  500 W FRIENDLY AVE STE 200
>                                                  P O BOX 1720
>                                                  GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice